# UNITED STATES DISTRICT COURT
## District of Minnesota

Savanna Worley,

                 Plaintiff,

v.

Matthew A. Engel,

                 Defendant.

### JUDGMENT IN A CIVIL CASE

Case Number:    17-cv-1105 PAM/SER

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is **DISMISSED with prejudice**, without costs or attorney's fees to either

party.

Date: 2/27/2018

KATE M. FOGARTY, CLERK

s/Amy Halverson

(By)   Amy Halverson, Deputy Clerk